IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              NO. 4:03CR00120-01 JLH

DONJA MEDIE WAINWRIGHT                                              DEFENDANT

## ORDER

Court convened on Wednesday, May 7, 2014, for a scheduled hearing on the government's motion to revoke supervised release. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Justin Eisele. At the onset of the hearing, the government moved to dismiss the motion to revoke. Without objection, the motion to dismiss is GRANTED.

The motion to revoke supervised release is dismissed. Document #75. Defendant's term of supervision is hereby concluded, and he is released from supervision.

IT IS SO ORDERED this 7th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE